AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY** 268

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | District Providence, Rhode Island | |
| Name of Movant Terrence Cannon | Prisoner No. 05098-070 | Case No. 1:01CR00131-01ML |
| Place of Confinement FMC Rochester | | |

UNITED STATES OF AMERICA V. Terrence Cannon
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S. District Court District of Rhode Island Providence, R.I.

2. Date of judgment of conviction 7/18/02

3. Length of sentence 160 months

4. Nature of offense involved (all counts) ① 21 U.S.C. 846 Conspiracy to distribute cocaine base; ② 21 U.S.C. 841(a)(1) and (b)(1)(B) knowingly and intentionally distribution cocaine base; ③ 21 U.S.C. 841(a)(1) and (b)(1)(A); and 18 U.S.C. 2

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☑

9. If you did appeal, answer the following:

(a) Name of court ______

(b) Result ______

(c) Date of result ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

At the time of sentencing I wasn't aware and had no Knowledge of Federal law. I Feel that I was given more time that I should've received According to the guidelines I Feel I have the case law that substantiates my claims

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL/DUE PROCESS

Supporting FACTS (state *briefly* without citing cases or law)

A JURY didn't decide the enhancements in my CASE, only the judge decided, which is A violation OF my 5th + 6th Amendments, counsel didn't explain the RAMIFICATIONS OF my CASE. I didn't really Know what I was Agreeing to.

B. Ground two: Enhancements:

Supporting FACTS (state *briefly* without citing cases or law) the guidelines ARE unconstitutional And have been since 1987. the guidelines could only be used as Advisory, NOT STATUTORY. In order to be enhanced the court would have to apply to the government FOR permission in writing that I was being enhanced. the court lacks the jurisdiction to enhance without authority

C. Ground three: PAST criminal History:

Supporting FACTS (state *briefly* without citing cases or law) PAST crimes that were paid For by probation, Fine or imprisonment have been satisfied by the courts. the courts should be to PAST federal crimes rather than state TO enhance criminal History levels and categories. To do this my 8th + 14th Amendment is being violated due to double jeopardy

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

Didn't Know about Federal law

Drug Prevention + Control ACT OF 1970

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ALBERT B. WEST ESQ.

3460 MENTON ROAD Cumberland, R.I. 02864

(b) At arraignment and plea SAME

(c) At trial

(d) At sentencing SAME

(e) On appeal Pro-se

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Pro-se

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 24, 2006

(Date)

Terrence Cannon

Signature of Movant