UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRENCE CANNON

vs. CA 06-258ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the "Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before **June 23, 2006.**

SO ORDERED

Mary M. Lisi
United States District Judge
June 7 , 2006

Entered as an Order of this Court on June 8 , 2006.

Deputy Clerk